UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY D. EDWARDS, | No. 2:22-cv-1854 DB P |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF SACRAMENTO, et al., | |
| Defendants. | |

  Plaintiff, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action under 42 U.S.C. §1983. On screening plaintiff's second amended complaint, this court found plaintiff failed to state any claims for relief. (ECF No. 17.) Plaintiff was given leave to amend and has filed a third amended complaint.

  As described in this court's prior screening orders, the court is required to screen complaints brought by prisoners to determine whether they sufficiently state claims under 42 U.S.C. § 1983. 28 U.S.C. § 1915A(a). This court is unable to screen the third amended complaint because plaintiff fails to identify the defendants. Plaintiff mentions numerous prison personnel in his filing but does not explain who he is contending violated his constitutional rights. This court will provide plaintiff with the form for filing civil rights complaints in this district. Plaintiff must fill out the first portion of the form to identify each defendant by name. Then, as stated in the court's prior screening order, plaintiff must explain just what each defendant did that

1

he claims violated his constitutional rights. Plaintiff should carefully review the court's prior screening order when preparing a fourth amended complaint.

For the foregoing reasons, IT IS HEREBY ORDERED that

1. The third amended complaint (ECF No. 22) is dismissed with leave to amend;
2. Plaintiff is granted thirty days from the date of service of this order to file an amended complaint that complies with the requirements of the Federal Rules of Civil Procedure and the Local Rules of Practice. The amended complaint must bear the docket number assigned this case and must be labeled "Fourth Amended Complaint." Failure to file an amended complaint in accordance with this order will result in a recommendation that this action be dismissed.
3. The Clerk of the Court is directed to send plaintiff a copy of the prisoner complaint form used in this district.

Dated: July 23, 2024

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB Prisoner Inbox/Civil Rights/R/edwa1854.TAC scrn LTA

2