UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY D. EDWARDS, | No. 2:22-cv-1854 TLN SCR P |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF SACRAMENTO, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has requested an extension of time to file objections to the October 16, 2024, findings and recommendations. Plaintiff states that he requires additional time because he was recently transferred to a new facility.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 32) is granted; and

2. Plaintiff is granted twenty-one days from the date of this order to file objections to the findings and recommendations.

DATED: November 14, 2024

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE