UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY D. EDWARDS,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>Defendants. | No. 2:22-cv-1854 TLN SCR P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C. §1983. On October 16, 2024, this court issued findings and recommendations in which it recommended this case be dismissed for plaintiff's failure to state a cognizable claim for relief, despite multiple opportunities to do so. (ECF No. 31.) Plaintiff was provided twenty-one days to file any objections to the findings and recommendations. On November 14, this court gave plaintiff an additional twenty-one days to file objections. (ECF No. 33.) Plaintiff has filed a request for a subpoena form. (ECF No. 34.) He states that he requires the form to seek records from his insurance company. According to plaintiff, those records will allow him to complete his claims.

Plaintiff fails to explain how the records he seeks would help him state a claim or why he did not seek those records previously. The original complaint was screened on March 8, 2023.

////

1

(ECF No. 8.)  Plaintiff has had twenty months to obtain any information he required to state a claim for relief.

      Accordingly, IT IS HEREBY ORDERED that plaintiff's request for a subpoena form (ECF No. 34) is denied.

DATED: December 9, 2024

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE