UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY D. EDWARDS,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>Defendants. | No. 2:22-cv-1854 TLN SCR P<br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has requested a second extension of time to file objections to the October 16, 2024, findings and recommendations. Plaintiff states that he needs his "file" from the George Hills Co. in order to "prove and show" his claim. He also states that his health is very bad. Plaintiff asks the court to extend time until he can "get out." Plaintiff does not explain what is in the file from the George Hills Co. or why he has not attempted to obtain it during the year and a half since he was first informed that he failed to state any claims for relief. (See Mar. 8, 2023 Screening Order; ECF No. 8.)

Plaintiff fails to demonstrate good cause for any extension of time. Nonetheless, the court will give plaintiff an additional ten days to file objections. No further extensions of time will be granted.

For the foregoing reasons, IT IS HEREBY ORDERED that

1. Plaintiff's motion for an extension of time (ECF No. 35) is denied.

2. Within ten days of the date of this order, plaintiff must file any objections he has to the October 16 findings and recommendations.

3. No further extension of time will be granted for this purpose.

DATED: December 12, 2024

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE