1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                         EASTERN DISTRICT OF CALIFORNIA

10

11    ANTHONY D. EDWARDS,                          No. 2:22-cv-01854-TLN-SCR

12                    Plaintiff,

13          v.                                      **ORDER**

14    COUNTY OF SACRAMENTO, et al.,

15                    Defendants.

16

17          Plaintiff Anthony D. Edwards ("Plaintiff"), a state prisoner proceeding *pro se*, filed this

18    civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United

19    States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On October 16, 2024, the magistrate judge filed findings and recommendations herein

21    which were served on all parties and which contained notice to all parties that any objections to

22    the findings and recommendations were to be filed within fourteen days.  (ECF No. 31.)  Plaintiff

23    filed objections to the findings and recommendations.  (ECF No. 38.)

24          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

25    Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the

26    Court finds the findings and recommendations to be supported by the record and by proper

27    analysis.

28    ///

                                          1

1    Accordingly, IT IS HEREBY ORDERED that:

2        1.  The Findings and Recommendations (ECF No. 31) are ADOPTED IN FULL; and

3        2.  The Fourth Amended Complaint is DISMISSED without leave to amend for Plaintiff's

4    failure to state a claim under 28 U.S.C. §1915A(b)(1); and

5        3.  The Clerk of Court shall close this case.

6     IT IS SO ORDERED.

7     Date: January 24, 2025

8

9

10    _____
      TROY L. NUNLEY
11    CHIEF UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28